# United States Court of Appeals
# for the Fifth Circuit

———————

No. 25-60013
Summary Calendar

———————

United States Court of Appeals
Fifth Circuit

**FILED**

December 12, 2025

Lyle W. Cayce
Clerk

Geisy Carolina Sanchez-Guzman; Beverlin Yolidani
Cardoza-Sanchez,

*Petitioners*,

*versus*

Pamela Bondi, *U.S. Attorney General*,

*Respondent*.

———————————————————

Petition for Review of an Order of the
Board of Immigration Appeals
Agency Nos. A216 588 452,
A216 588 453

———————————————————

Before Higginbotham, Higginson, and Engelhardt, *Circuit Judges*.

Per Curiam:[*]

Geisy Carolina Sanchez-Guzman and her daughter, Beverlin Yolidani Cardoza-Sanchez, petition for review of a decision by the Board of Immigration Appeals (BIA). In dismissing their appeal, the BIA deemed

———————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-60013

them to have waived any challenge to certain findings by the Immigration Judge which were dispositive of their application for asylum, withholding of removal, and relief under the Convention Against Torture. While they now challenge some of these findings in their briefing to this court, they did not do so before the BIA. We therefore agree with the Government that they have not exhausted these arguments, and we decline to address them. *See Alejos-Perez v. Garland*, 93 F.4th 800, 806-07 (5th Cir. 2024). Further, the BIA did not err in rejecting the petitioners' claims of ineffective assistance of counsel.

The petition for review is DENIED.